**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**WILLIAM BREWER**                                                                   **PLAINTIFF**

**VERSUS**                                         **CIVIL ACTION NO. 1:07CV 00176-SA-JAD**

**RIGHT OF WAY MOWING, LLC,
a/k/a R.O.W. MOWING, LLC,**                                            **DEFENDANTS**

<u>**AGREED ORDER OF DISMISSAL WITH PREJUDICE**</u>

      This matter is before the Court upon the ore tenus motion of Plaintiff and Defendant seeking dismissal of the Complaint prejudice. The Court being advised in the premises that the parties have agreed to such dismissal, does hereby order that the Complaint in this action filed against Defendant is hereby dismissed on its merits and with prejudice to the bringing of any further action with the parties to bear their own costs.

      **ORDERED AND ADJUDGED**, this the 25th day of August, 2008.

                                                                              **/s/ Sharion Aycock**
                                                                              **U.S. DISTRICT COURT JUDGE**